TRACY L. ZUBROD, Chapter 7 Trustee
CHAPTER 7 TRUSTEE
1907 HOUSE AVE
CHEYENNE, WY 82001
PHONE: (307) 778-2557

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2011 SEP 28 PM 1:05

TIM J. ELLIS

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WYOMING

In Re: )
    SAMPSON, SHAUNETTE YVONNE   )    Case No. 10-20446 PJM
    )
    DODERO, SHAUNETTE YVONNE   )
    )
    Debtor(s)   )

## TRANSMITTAL OF UNCLAIMED FUNDS

I, TRACY L. ZUBROD, Chapter 7 Trustee, Trustee of the above-estate, hereby respectfully reports:

1. That more than ninety days have passed since final distribution under 11 U.S.C. Section 726 was made in this case and I have stopped payment on all checks remaining unpaid.

2. That the names of the persons to whom such unnegotiated checks were issued, the amount of such checks, and their last known addresses are:

| NAME | ADDRESS | AMOUNT |
|---|---|---|
| Shaunette Yvonne Sampson | 3008 Terry Rd. #50<br>Cheyenne, WY 82007 | $.64 |

DATED this 27th day of September.

TRACY L. ZUBROD,
Chapter 7 Trustee, Trustee in Bankruptcy

```
         UNITED STATES
        BANKRUPTCY COURT
         DISTRICT OF WYOMING
         CHEYENNE DIVISION

        # 60776      - JK

       September 28, 2011
            13:07:17


           UNCLAIM
           10-20446
  Debtor : SHOUNETTE YVONNE SAMPSON
  Judge. : PETER J. MCNIFF
  Trustee: Tracy Zubrod
  Amount :                  $0.64 CH
  Check# : 1003



      Total->   $0.64



  FROM: TRACY L. ZUBROD
        1907 HOUSE AVE
        CHEYENNE, WY 82001
```